**FILED**

**OCT 18 2022**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 22-30112-SMY |
| | ) | |
| NICHOLAS R. LEWIS, | ) | Title 18 |
| | ) | United States Code, |
| Defendant. | ) | Section 922(g)(1) |

## INDICTMENT

### THE GRAND JURY CHARGES:

### COUNT 1
#### POSSESSION OF A FIREARM BY A FELON

On or about May 7, 2022, in St. Clair County, Illinois, within the Southern District of Illinois,

**NICHOLAS R. LEWIS,**

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, namely Aggravated Fleeing and Attempting to Elude Police in St. Clair County, Illinois case number 19CF0125502, did knowingly possess a firearm, that is a Glock 9mm semiautomatic pistol bearing serial number BPBC329, said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

#### FORFEITURE OF FIREARMS ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment,

**NICHOLAS R. LEWIS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including

but not limited, to the following: a Glock 9mm semiautomatic pistol bearing serial number BPBC329, extended magazine and any and all ammunition contained therein.

**A TRUE BILL**

████████████████████████

FOREPERSON

*Kimberly S. Arshi*

KIMBERLY S. ARSHI
Assistant United States Attorney

ALMA SUMMERS  Digitally signed by ALMA SUMMERS Date: 2022.10.16 23:32:28 -05'00'  for

RACHELLE AUD CROWE
United States Attorney